[No. 14893-1-I. Division One. September 30, 1985.]

*In the Matter of* SHANIKA KALELAH BROWN.

Appeal from a judgment of the Superior Court for King County, No. 82-7-01205-8, Frank H. Roberts, Jr., J., entered May 31, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, J., and Cole, J. Pro Tem.

[No. 14603-3-I. Division One. September 30, 1985.]

*In the Matter of* MELISSA L. OSBORNE.

Appeal from a judgment of the Superior Court for King County, No. 81-7-01255-6, Donald D. Haley, J., entered March 7, 1984. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Swanson and Williams, JJ.

[No. 14553-3-I. Division One. September 30, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICE G. TOLIVER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00689-3, Daniel T. Kershner, J., entered March 23, 1984. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Corbett, C.J., and Coleman, J.

[No. 16629-8-I. Division One. September 30, 1985.]

RICHARD W. SNEDIGAR, *Respondent,* v. GUERRY HODDERSEN, ET AL, *Petitioners.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-00662-5, Arthur E. Piehler, J., entered May 14, 1985. *Remanded* and *vacated* by unpublished per curiam opinion.